UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHERRI HANSEN wife of/and<br>LAURENCE HANSEN, | *<br>*<br>* | CA NO. 08-1012<br><br>SECTION B |
| Plaintiffs | *<br>* | JUDGE LEMELLE |
| versus | *<br>* | |
| | * | DIVISION 2 |
| USAA GENERAL INDEMNITY<br>COMPANY, et al | *<br>* | MAG. JUDGE WILKINSON |

## **ORDER**

Considering the foregoing Joint Motion to Withdraw;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand (Doc. 5), United Services Automobile Association's Opposition to the same (Doc. 9) and United Services Automobile Association's Motion to Transfer and Consolidate Cases be withdrawn.

IT IS HEREBY FURTHER ORDERED that the hearing on Plaintiffs' Motion to Remand and United Services Automobile Association's Motion to Transfer and Consolidate Cases currently scheduled for May 14, 20008 at 9:00a.m. be cancelled.

New Orleans, Louisiana this  28th  day of  April , 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE